UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Jennifer Jalbert, individually and on
behalf of all others similarly situated,</u>
              Plaintiff,

              <u>Civil Action No.15-10452-NMG</u>

      V.

<u>Graduate Leverage, LLC and Daniel
Thibeault,</u>
              Defendants.

<u>STANDING ORDER REGARDING
MOTIONS FOR DEFAULT JUDGMENT</u>

<u>         Gorton, D.J.</u>

      A Notice of Default has been issued to the above named defendant(s) upon request of the Plaintiff(s) in the above entitled action.

      In anticipation of a Motion for Entry of Default Judgment being filed, counsel are advised of the following requirements for submission of such motion in order to ensure compliance with Rule 55 of the Federal Rules of Civil Procedure:

      1.     A party making a motion for default judgment shall comply with all the requirements of Fed. R. Civ. P. 55 particularly those related to filing of affidavits. The moving party shall also submit an appropriate form of default judgment in the fashion of the draft order attached hereto as Appendix A. Such compliance shall be completed no later than 14 days after the filing of the motion itself;

      2.     Within the 14-day period for compliance by the moving party, the party against whom default judgment is sought shall have an opportunity to file substantiated opposition to the default judgment motion and to request a hearing thereon;

      3.     If the motion is directed to all defendants, the Court will take up the motion for default judgment on the papers at the conclusion of the 14 day period. If the motion is directed to fewer than all defendants, it must be accompanied by a motion under Fed. R. Civ. P. 54(b).

                                                                                                                           [procodfltjgm.]

By the Court,


  /s/Chris Danieli
Deputy Clerk

Dated:    4/9/2015

(Default Standing Order.wpd - 12/98)                                                      [procodfltjgm.]

Appendix A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
          Plaintiff(s)

     v.                                CIVIL ACTION NO._____

_____
          Defendant(s)

## FORM OF
## DEFAULT JUDGMENT

_____, D.J.

    Defendant _____ having failed to plead or otherwise defend in this action and its default having been entered,

    Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $_____ that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $_____.

    It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant _____ the principal amount of $_____, with costs in the amount of $_____ and prejudgment interest at the rate of \_\_\_\_% from _____ to _____ in the amount of $_____ for a total judgment of $_____ with interest as provided by law.

                                                    By the Court,

Dated:_____                            _____
                                                    Deputy Clerk

NOTE: The post judgment interest rate effective this date is \_\_\_\_%.