UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER JALBERT, individually and on behalf of all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>GRADUATE LEVERAGE, LLC and<br>DANIEL THIBEAULT,<br>    Defendants. | Civil Action No. 1:15-cv-10452-NMG |

## PLAINTIFF'S MOTION FOR (1) CLASS CERTIFICATION; (2) ORDER AUTHORIZING CLASS NOTICE; AND (3) JUDGMENT AGAINST ALL DEFENDANTS

NOW COMES the plaintiff Jennifer Jalbert, individually and on behalf of all others similarly situated ("Jalbert" or "Plaintiff"), who respectfully moves for the following relief:

➢ For an Order certifying the Class (including two Subclasses) pursuant to FED. R. CIV. P. 23(c) and 29 U.S.C., § 216(b);

➢ For an Order authorizing Notice to members of the Class pursuant to FED. R. CIV. P. 23(c) and 29 U.S.C., § 216(b);

➢ For an Order compelling Defendants to provide the names, last known addresses, and a list of the form and amounts of compensation owed to each member of each Subclass;

➢ For an Order compelling Defendants to appear and to show cause as to why the Defendants should not be held in Contempt of Court for failing to provide the names, last known addresses, and a list of the form and amount of compensation owed to each member of each Subclass; and

➢ For an Order scheduling an assessment of damages hearing so as to enter final Judgment against defendants Graduate Leverage LLC ("GL") and Daniel Thibeault ("Thibeault") (collectively, "Defendants") pursuant to FED. R. CIV. P. 55(a).

It is requested that this relief be granted ***forthwith***, as the Court has entered a default against the Defendants who have failed to appear in this action. The plaintiff submits a Memorandum in support of this Motion, and incorporates said Memorandum herein by reference.

Respectfully Submitted,

*/s/ Joshua N. Garick*

_____
Joshua N. Garick (BBO #674603)
LAW OFFICES OF JOSHUA N. GARICK, P.C.
100 TradeCenter, Suite G-700
Woburn, Massachusetts 01801
Phone: (617) 600-7520
Fax: (617) 600-7430
Joshua@GarickLaw.com

*Counsel for Plaintiff and the Class*

Dated: April 13, 2015

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Because Defendants have defaulted, undersigned counsel certifies that he was unable to conferred with counsel in good faith to resolve or narrow the issues that are the subject of this motion.

/s/ Joshua N. Garick
Joshua N. Garick (BBO #674603

Dated: April 13, 2015

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 13, 2015.

/s/ Joshua N. Garick
Joshua N. Garick (BBO #674603

Dated: April 13, 2015