United States District Court
District of Massachusetts

| | |
|---|---|
| JENNIFER JALBERT, <br><br> Plaintiff, <br><br> v. <br><br> GRADUATE LEVERAGE, LLC, et al., <br><br> Defendants. | Civil Action No. <br> 15-10452-NMG |

## ORDER

GORTON, J.

This case involves a dispute over misappropriated investor funds. In an August, 2016 status report, Jennifer Jalbert, individually and on behalf of other similarly situated former employees of Graduate Leverage, LLC, requested that the Court release $248,900 in assets held by Bank of America to the former employees. That status report will be treated as a motion to release the funds and, for the reasons set forth in the Memorandum and Order of this Court entered on June 20, 2017, in the related case, Securities and Exchange Commission, et al. v. Thibeault, et al., No. 15-10050-NMG (D. Mass filed Jan. 9, 2015), Docket No. 209, it is **DENIED**.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated June 20, 2017